**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-14-00178-CR**

_____

**TRACY LYNN LOVING, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 359th District Court**
**Montgomery County, Texas**
**Trial Cause No. 12-11-11646-CR**

**MEMORANDUM OPINION**

Tracy Lynn Loving has filed a motion to dismiss her appeal. *See* Tex. R. App. P. 42.2. A request to dismiss the appeal is signed by appellant personally and the motion to dismiss is signed by counsel of record. No opinion has issued in this appeal. The motion is granted, and the appeal is therefore dismissed.

APPEAL DISMISSED.

_____
CHARLES KREGER
Justice

1

Opinion Delivered May 21, 2014
Do Not Publish

Before McKeithen, C.J., Kreger and Johnson, JJ.